### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN Y. PAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-0785-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pursuant to 42 U.S.C. § 405(g), plaintiff seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying her concurrent applications for disability insurance and supplemental security income benefits under the Titles II and XVI of the Social Security Act.

In his Report and Recommendation of April 16, 2008 (Report, doc. no. 15), Magistrate Judge Gary M. Purcell recommends that the commissioner's decision denying benefits be affirmed.  Plaintiff has timely objected to that recommendation, arguing that the magistrate judge erred in three respects.  First, plaintiff contends the magistrate judge did not adequately consider plaintiff's argument that the administrative law judge did not properly consider the Global Assessment of Functioning scores; second, plaintiff contends the magistrate judge did not adequately consider plaintiff's argument that she does not have the residual functional capacity to engage in substantial gainful activity; and third, plaintiff contends the magistrate judge did not adequately consider plaintiff's argument with regard to credibility.

As required by 28 U.S.C. § 636, the court has reviewed all matters and has reviewed all objected to matters *de novo*. Having done so, the court finds that it agrees with the magistrate judge's Report and Recommendation and that no purpose would be served by restating here any of the magistrate judge's findings or analysis.

Accordingly, having carefully considered the parties' submissions, the record, and the relevant legal authorities, plaintiff's objections to the Report and Recommendation of the magistrate judge are **DENIED**. The recommendations of the magistrate judge are **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in their entirety. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 21st day of May, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0785p002.wpd